# Third District Court of Appeal
## State of Florida

Opinion filed March 4, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1931
Lower Tribunal No. F96-34244
_____

**State of Florida,**
Appellant,

vs.

**Francisco Suarez,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Carlos Lopez, Judge.

James Uthmeier, Attorney General, and Sandra Lipman, Assistant Attorney General, for appellant.

Law Offices of Ron M. Kleiner, and Ron M. Kleiner, for appellee.

Before LOGUE, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.